AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| | |
|---|---|
| MICHAEL PEMBERTON, an individual, and ROBERTA ALANIZ, an individual<br><br>*Plaintiff(s)*<br>v.<br>DEL MAR RECOVERY SOLUTIONS, a California Corporation<br><br>*Defendant(s)* | Civil Action No. CV-13-327-LRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEL MAR RECOVERY SOLUTIONS
ATTN: Richard Landeis, Registered Agent
1935 Camino Vida Roble, Ste. 140
Carlsbad, CA 92008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  ALAN L. McNEIL
  Alan McNeil, PLLC
  421 W. Riverside Ave., Ste. 660
  Spokane, WA 99201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/10/13
Sep 11, 2013, 4:23 pm

*Signature of Clerk or Deputy Clerk*