UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL PEMBERTON, an individual, and ROBERTA ALANIZ, an individual, | ) NO. CV-13-327-LRS |
| | ) ORDER OF DISMISSAL |
| Plaintiffs, | ) |
| v. | ) |
| DEL MAR RECOVERY SOLUTIONS, a California corporation, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties (ECF No. 9), and the court being fully advised that this case has been settled,

**IT IS HEREBY ORDERED AND ADJUDGED** that each and every claim and counterclaim alleged by plaintiffs and defendant are hereby dismissed with prejudice and without costs or attorney fees awarded to any party.

**IT IS SO ORDERED.** The Clerk of the Court shall forward copies of this order to counsel and CLOSE THE FILE.

DATED this 25th day of November, 2013.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Senior U. S. District Court Judge

ORDER OF DISMISSAL - 1